UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGIE LIBREROS and
RAUL STUVEN, on behalf of
themselves and those similarly situated,

    Plaintiffs,

v.      Case No. 8:12-cv-1283-T-24-TGW

TEXAS DE BRAZIL (TAMPA)
CORPORATION, et al.,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Defendants' Motion to Stay Discovery and Mandatory Disclosure Deadlines (Doc. No. 7). Plaintiffs have responded in opposition (Doc. No. 13). For the following reasons, Defendants' motion is DENIED.

Plaintiffs filed a class and collective action complaint against Defendants alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA") and Article X, Section 24 of the Florida Constitution. (Doc. No. 1). Plaintiffs filed Notices of Consent to Join for themselves and two additional individuals (Doc. No. 4, Ex. 1–4). Defendants filed a Motion to Stay Plaintiff Libreros' Claims and to Compel Her Individual Utilization of Defendants' Alternative Dispute Resolution Program, and to Dismiss Plaintiff Stuven's Claims (Doc. No. 5). In the instant motion, Defendants request a stay of the discovery and mandatory disclosure deadlines set forth in the Court's June 11, 2012 scheduling order during the pendency of Defendants' motion to compel arbitration and to dismiss.

"While motions to stay discovery may be granted pursuant to Rule 26(c), Fed. R. Civ. P.,

the moving party bears the burden of showing good cause and reasonableness. A request to stay discovery pending a resolution of a motion is rarely appropriate unless resolution of the motion will dispose of the entire case." *Yerk v. People for the Ethical Treatment of Animals*, No. 2:09-cv-537, 2010 WL 1730754, at *1 (M.D. Fla. Apr. 28, 2010) (citations omitted).

Upon review, the Court concludes that Defendants have not satisfied their burden of showing good cause and reasonableness for the stay they request. With only four individuals having joined this lawsuit, the Court does not believe the discovery and disclosure deadlines will be onerous. Moreover, the Court is persuaded by Plaintiffs' argument that Defendants will have to produce this information in the near future whether the case proceeds in this forum or in arbitration.

Accordingly, it is ORDERED AND ADJUDGED that Defendants' Motion to Stay Discovery and Mandatory Disclosure Deadlines (Doc. No. 7) is DENIED.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of July, 2012.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record